Decided June 30, 2011

ABDUL PEAY *v.* COMMISSIONER OF CORRECTION

The petitioner Abdul Peay's petition for certification for appeal from the Appellate Court, 128 Conn. App. 903 (AC 31750), is denied.

*Michael Culkin,* special public defender, in support of the petition.

*Melissa L. Streeto,* assistant state's attorney, in opposition.

Decided June 30, 2011